**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Aquapoly Equipment Company,
a Minnesota corporation,

Plaintiff,

v.

AEC, Inc., a Delaware corporation
and Carl R. Gillig individually and
d/b/a CRG Systems,

Defendants.

---

File No. 00-CV-254 PAM/JGL

**STIPULATED ORDER TO EXTEND TIME FOR RESPONSE TO VERIFIED COMPLAINT**

**IT IS HEREBY STIPULATED** and agreed by the parties, by their respective undersigned attorneys, that the time for defendants to answer or otherwise respond to the Verified Complaint may be extended through and including February 14, 2000, pursuant to the attached Order.

This joint motion is for good cause – namely that, prior to the removal of this action to this Court on February 2, 2000, the parties had agreed that the above-referenced pleading deadline should be extended to February 14, 2000.

DATED: February 4, 2000.

**MITCHELL & BRUDER**

Glenn P. Bruder (#148878)
4005 West 65th Street, Suite 200
Edina, Minnesota 55435
Telephone: (612) 925-3001

**Attorneys for Plaintiff**

FILED 1-9-00
[illegible] E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK

DATED: February 7, 2000

**FAEGRE & BENSON LLP**

Charles F. Webber (#215247)
John Edward Connelly (#237656)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-3000
Fax: (612) 336-3026

**Attorneys For Defendant AEC, Inc.**

DATED: February 4, 2000

MESSERLI & KRAMER, P.A.

Linda S. Jensen (#189030)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 672-3600
Fax: (612) 672-3777

**Attorneys for Defendant Carl R. Gillig individually and d/b/a CRG Systems**

## ORDER

The foregoing stipulation is **APPROVED** and **IT IS HEREBY ORDERED** that the time for defendants to answer or otherwise respond to the Verified Complaint is extended through and including February 14, 2000.

DATED: Feb 8, 2000

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

M2:20292525.01