**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Aquapoly Equipment Company,
a Minnesota corporation,

Plaintiff,

v.

AEC, Inc., a Delaware corporation
and Carl R. Gillig individually and
d/b/a CRG Systems,

Defendants.

File No. 00-CV-254 (PAM/JGL)

**STIPULATION OF PARTIES TO AMEND PLEADINGS**

The parties, Aquapoly Equipment Company, AEC, Inc. and Carl R. Gillig, through their undersigned respective counsel hereby agree that Defendant Gillig may amend his Answer as set forth in the proposed Amended Answer attached hereto. The parties further stipulate that, through August 14, 2000, any party may serve an amended pleading to assert an additional claim in connection with sales commissions allegedly owed or paid by AEC in or after 1997.

This stipulation may be executed in two or more counterparts, each and all of which shall be deemed to be one and the same instrument.

Dated: 8/2, 2000

**MITCHELL & BRUDER**

Glenn P. Bruder, #148878
4005 West 65th Street, Suite 200
Edina, MN 55435
(612) 925-3001

**ATTORNEYS FOR PLAINTIFF AQUAPOLY EQUIPMENT COMPANY**

FILED 8-7-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 2, 2000

MESSERLI & KRAMER, P.A.

Linda S. Jensen, #189030
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

**ATTORNEYS FOR DEFENDANT CARL R. GILLIG**

Dated: August 3, 2000

**FAEGRE & BENSON LLP**

John Edward Connelly, #237556
Deborah A. Ellingboe, #26216X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

-and-

David Engelhardt
Lisa M.R. Miller
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

**ATTORNEYS FOR DEFENDANT AEC, INC.**

Upon the foregoing Stipulation, it is ordered that parties may amend their Answer as stipulated.

Dated: Aug 7, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

M2:20328400.01