UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aquapoly Equipment Company,

Plaintiff,

vs.

AEC, Inc., and Carl R. Gillig, individually and d/b/a CRG Systems, Inc.

Defendant.

Civil No. 00-CV-254 PAM/JGL

**STIPULATION AND ORDER TO EXTEND DISCOVERY PERIOD**

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree to extend the pretrial deadlines in this case. The parties have, to date, focused on early motion practice and on voluntarily resolving this case. While all parties have also served and responded to written discovery, coordinating the schedules of the lawyers for each of the three parties has caused delays in the taking and scheduling of depositions. Meanwhile, discovery is set to close in this case on October 1.

Based on the above, the parties stipulate and agree that the April 5, 2000, Scheduling Order may be amended as follows:

| | | |
|---|---|---|
| 1. | October 15, 2000 | All fact discovery shall be commenced in time to be completed by this date. |
| 2. | October 15, 2000 | All non-dispositive motions (and supporting documents) shall be served and filed. |
| 5. | November 15, 2000 | All dispositive motions shall be served and filed by the parties. |

FILED 10-3-00
FRANCIS E DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

6. December 15, 2000 The case shall be ready for trial no later than this date (this represents a two-week extension of the trial date set forth in the Court's original scheduling order).

SO AGREED.

Dated: September ___, 2000

**MITCHELL & BRUDER**

______________________________

Glenn P. Bruder (#148878)
4005 West 65th Street
Suite 200
Edina, MN 55435
Telephone: (952) 925-3001

**ATTORNEY FOR PLAINTIFF**

Dated: September 22, 2000

**FAEGRE & BENSON LLP**

______________________________

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 336-3000

**ATTORNEYS FOR DEFENDANT AEC, INC.**

Dated: September ___, 2000

**MESSERLI & KRAMER, P.A.**

______________________________

Linda S. Jensen (189030)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 672-3600

**ATTORNEY FOR DEFENDANT CARL R. GILLIG**

6. December 15, 2000 The case shall be ready for trial no later than this date (this represents a two-week extension of the trial date set forth in the Court's original scheduling order).

SO AGREED.

Dated: September 25, 2000

**MITCHELL & BRUDER**

Glenn P. Bruder (#148878)
4005 West 65th Street
Suite 200
Edina, MN 55435
Telephone: (952) 925-3001

**ATTORNEY FOR PLAINTIFF**

Dated: September 22, 2000

**FAEGRE & BENSON LLP**

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 336-3000

**ATTORNEYS FOR DEFENDANT AEC, INC.**

Dated: September ___, 2000

**MESSERLI & KRAMER, P.A.**

Linda S. Jensen (189030)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 672-3600

**ATTORNEY FOR DEFENDANT CARL R. GILLIG**

6. December 15, 2000 The case shall be ready for trial no later than this date (this represents a two-week extension of the trial date set forth in the Court's original scheduling order).

SO AGREED.

Dated: September ___, 2000

**MITCHELL & BRUDER**

_______________________________

Glenn P. Bruder (#148878)
4005 West 65th Street
Suite 200
Edina, MN 55435
Telephone: (952) 925-3001

**ATTORNEY FOR PLAINTIFF**

Dated: September 22, 2000

**FAEGRE & BENSON LLP**

_______________________________

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 336-3000

**ATTORNEYS FOR DEFENDANT AEC, INC.**

Dated: September 25, 2000

**MESSERLI & KRAMER, P.A.**

_______________________________

Linda S. Jensen (189030)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 672-3600

**ATTORNEY FOR DEFENDANT CARL R. GILLIG**

**ORDER**

IT IS SO ORDERED.

DATED: Oct. 3, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

M2:20338617.01