UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aquapoly Equipment Co.,
a Minnesota corporation,

Civ. File No. 00-254 (PAM/JGL)

Plaintiff,

v.

**ORDER**

AEC, Inc., a Delaware corporation, and
Carl R. Gillig, individually and d/b/a
CRG Systems,

Defendants.

---

This matter is before the Court upon Defendant AEC, Inc.'s Motion for Leave to Supplement the Record. Based on the files, records, and proceedings herein, the Court grants AEC, Inc.'s motion.

Accordingly, **IT IS HEREBY ORDERED** that:

AEC, Inc's Motion For Leave to Supplement the Record (Clerk Doc. No. 68) is **GRANTED**.

Dated: January 10, 2001

Paul A. Magnuson
United States District Court Judge

FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK