UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

AQUAPOLY EQUIPMENT COMPANY, a Minnesota corporation,

Plaintiff,

vs.

AEC, INC., a Delaware corporation, and CARL R. GILLIG individually, and d/b/a CRG SYSTEMS, INC.,

Defendants.

Case No. 00-CV-254 PAM/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE CROSS-CLAIM OF DEFENDANTS CARL R. GILLIG AND CRG SYSTEMS, INC. AGAINST DEFENDANT AEC, INC.**

The Cross-claim of Defendants Carl R. Gillig and CRG Systems, Inc. Against Defendant AEC, Inc. in the above-entitled matter having been fully compromised and settled between Defendants Carl R. Gillig, CRG Systems, Inc. and Defendant AEC, Inc., IT IS HEREBY STIPULATED by and between the undersigned parties hereto, through their respective counsel of record, that the above-entitled matter is dismissed without prejudice on the merits and without award of costs to any party.

FILED FEB 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Upon filing this Stipulation the Clerk is hereby authorized to dismiss the case on the record as to the cross-claim of Defendants Carl R. Gillig and CRG Systems, Inc. against Defendant AEC, Inc.

Dated: 1/26, 2001

Glenn P. Bruder (#148878)
MITCHELL & BRUDER
4005 West 65th Street
Suite 200
Edina, Minnesota 55435
(612) 925-3001

ATTORNEYS FOR PLAINTIFF
AQUAPOLY EQUIPMENT COMPANY

Dated: Feb. 5, 2001

James V. Roth (#93774)
MESSERLI & KRAMER P.A.
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 672-3783

ATTORNEYS FOR DEFENDANTS
CARL R. GILLIG AND CRG SYSTEMS, INC.

Dated: 1/24, 2001

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
FAEGRE & BENSON LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) ~~672-3600~~ 336-3000

-and-

David Engelhardt
Lisa M. R. Miller
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

ATTORNEYS FOR DEFENDANT AEC, INC.

**ORDER**

Upon the foregoing Stipulation, it is ordered that the Cross-Claim of Defendants Carl R. Gillig and CRG Systems, Inc. Against Defendant AEC, Inc. may be, and hereby is, dismissed without prejudice and without costs to any party.

BY THE COURT:

Dated: Feby 7, 2001

Paul A. Magnuson
Chief Judge, U.S. District Court

476101_1