**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Aquapoly Equipment Company, a Minnesota corporation,

Plaintiff,

vs.

AEC, Inc., a Delaware corporation, and Carl R. Gillig, and d/b/a CRG Systems, Inc.,

Defendants.

Case No. OO-CV-254 PAM/JGL

**STIPULATION FOR DISMISSAL BETWEEN AQUAPOLY EQUIPMENT COMPANY AND CARL R. GILLIG**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a) the undersigned parties hereby agree that the claims of Plaintiff Aquapoly Equipment Company and Carl R. Gillig and CRG Systems, insofar as these claims involve the undersigned parties, shall be dismissed with prejudice and without an award of costs or disbursements to either party.

Dated: 2/6/2001

MITCHELL & BRUDER

By: Glenn P. Bruder
Attorney for Plaintiff
Attorney ID#: 148878
4005 West 65th Street
Suite 200
Edina, MN 55435
(952) 925-3001

FILED FEB 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: Feb. 16, 2001

MESSERLI & KRAMER

By: James V. Roth
Attorney for Defendant Gillig and
CRG Systems, Inc.
Attorney ID#: 93774
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

**ORDER**

Based on the foregoing Stipulation, the claims of Aquapoly Equipment Company and Carl R. Gillig individually and d/b/a CRG Systems, Inc., against one another as asserted in the foregoing litigation are hereby dismissed with prejudice and without an award of costs or disbursements to either party.

Dated: February 17, 2001

BY THE COURT

Judge of District Court