**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Aquapoly Equipment Co.

Plaintiff,

Civil 00-254 PAM/JGL

v.

**ORDER OF DISMISSAL**

AEC Inc.

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 21 , 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED MAR 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK